1

**The Honorable John C. Coughenour**

2

3

4

5

6

**UNITED STATES DISTRICT COURT**
7

**WESTERN DISTRICT OF WASHINGTON**
8

**AT SEATTLE**

9

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  2:16-CV-01314-JCC |
| Plaintiff, | (2:15-CR-0046-1) |
| vs. | [~~Proposed~~] **Order Terminating Garnishment Proceeding** |
| MICHAEL PIETRANTONIO, | |
| Defendant/Judgment Debtor, | |
| and | |
| GENERAL ELECTRIC PENSION PLAN, | |
| Garnishee. | |

10

11

12

13

14

15

16

17

18

19      This matter came before the Court on the United States' Application to

20  Terminate Garnishment Proceeding (**Dkt 16**).  For the reasons stated in the

21  United States' Application, the Court concludes that this Garnishment should

22

23  be terminated under 28 U.S.C. § 3205(c)(10)(C).

24      IT IS ORDERED that the garnishment is terminated and that General

25  Electric Pension Plan is relieved of further responsibility under the writ of

26  garnishment issued in this case.

27

28

---

[~~PROPOSED~~] ORDER TERMINATING GARNISHMENT PROCEEDING
(*US vs. Michael Pietrantonio*) - 1

DATED this 8th day of September 2025.

_____
JUDGE JOHN C. COUGHENOUR
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

[PROPOSED] ORDER TERMINATING GARNISHMENT PROCEEDING
(*US vs. Michael Pietrantonio*)  -  2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970